1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CATHERINE McMURRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>CATHERINE McMURRAY,<br><br>    *Defendant.* | No. 1:09-mj-0075 GSA<br><br>**APPLICATION FOR ORDER FOR REMAND TO BUREAU OF PRISONS CUSTODY AND TRANSPORTATION TO FEDERAL FACILITY TO COMMENCE SERVICE OF SENTENCE PURSUANT TO WARRANT RECALL;**<br><br>**ORDER**<br><br>Hon. Sandra M. Snyder |

Defendant hereby requests an Order for immediate remand to the custody of the Bureau of Prisons and that she be transported to a federal facility forthwith.

Defendant made an initial appearance before this court on April 17, 2009, before Magistrate Judge Gary S. Austin on Rule 5(c)(3) proceedings pursuant to warrant issued on July 22, 2008, by the United States District Court for the Northern District of California, case number 5:05cr00775 JF, and was ordered detained as a sentenced prisoner awaiting transfer to a federal facility. Defendant again appeared before this court on April 22, 2009, for status conference hearing before Magistrate Austin, and on April 28, 2009, for further status conference hearing before Magistrate Dennis L. Beck.

On April 30, 2009, United States District Judge Jeremy Fogel signed an order in the Northern District proceedings referenced above recalling the warrant and ordering that the U.S. Marshal Service transport defendant Catherine Ann McMurry to the prison designated by the Bureau of Prison to begin

service of the 27 month sentence imposed by their court on November 28, 2007. A copy of that Order is attached hereto as **Exhibit A.**

Based on the above, defendant hereby requests immediate transfer to a federal facility to commence service of the sentence previously imposed as set forth above.

DATED: May 1, 2009

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/   Francine Zepeda
                                              FRANCINE ZEPEDA
                                              Assistant Federal Defender
                                              Counsel for Defendant
                                              Catherine McMurray

## **O R D E R**

**IT IS HEREBY ORDERED** that Defendant be immediately remanded to the custody of the Bureau of Prisons.

**IT IS FURTHER ORDERED** that the U.S. Marshal Service shall transport defendant to the prison designated by the Bureau of Prisons as soon as defendant has been designated.

**IT IS FURTHER ORDERED** that that the Status Conference hearing set for May 8, 2009 at 1:30pm be Vacated.

IT IS SO ORDERED.

**Dated:   May 1, 2009**                    /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

Application for Order for Remand to Bureau of Prisons Custody
and Transportation to Federal Facility to Commence Service of
Sentence Pursuant to Warrant Recall; [Proposed]ORDER      2